Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK LEDDY,** | Case No. 2:11-CV-01104-KJM-GGH |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 26th day of July, 2011.

By:  s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1 | Filed electronically on this 26th day of July, 2011, with:

2

United States District Court CM/ECF system

3

4 | And hereby served upon all parties

5 | Notification sent on this 26th day of July, 2011, via the ECF system to:

6

Honorable Kimberly J. Mueller
7 | Judge of the United States District Court
Eastern District of California
8

9 | Copy sent via mail on this 26th day of July, 2011, to:

10

Adrienne Rowberry
11 | Litigation Counsel
140 Corporate Boulevard
12 | Office of General Counsel
13 | Norfolk, VA  23502

14

15 | By: s/Todd M. Friedman
      Todd M. Friedman
16